UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 3:24-cr-30038 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Aggravated Sexual Abuse of a Child (18 U.S.C §§ 1153, 2241(c), and 2246(2)) |
| CLAYTON SPOTTED CALF, | |
| Defendant. | |

The Grand Jury charges:

On or about between April 27, 2015, and July 31, 2017, in Todd County, in Indian country, in the District of South Dakota, the defendant, Clayton Spotted Calf, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [name redacted], a child who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____